**Dismissed and Memorandum Opinion filed September 25, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00374-CV

**THREE THOUSAND AND NO/100 DOLLARS ($3,000.00) IN US CURRENCY, ET AL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 66649**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 27, 2012. The clerk's record was filed June 7, 2012. No reporter's record or brief was filed.

On July 26, 2012, this court issued an order stating that unless appellant submitted a brief on or before August 27, 2012, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.